IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 16-01901-TOM13 |
| TIMOTHY R. LANTZ, ) | |
| SSS: ###-##-3184 ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW D. Sims Crawford, Chapter 13 Standing Trustee, and objects to the confirmation of Debtor's plan and moves to dismiss this case based upon the following grounds:

1. The Debtor's plan is not a Good Faith proposal as required by 11 U. S. C. §1325(a)(3) and the holding in *In re Kitchens*, 702 F. 2d. 885 (11th Cir. 1983). The Debtor proposes to cure and maintain the mortgage payments on five rental houses that (a) are not owned by the Debtor individually, (b) have no equity in the collateral, and (c) are not necessary for an effective reorganization.

3. Repayment of these five mortgages significantly reduces the funds available for the debtor's general unsecured creditors, and this is the primary basis for the debtor's proposal of a 10% composition plan.

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case. The Trustee prays for such other relief as the Court deems appropriate.

/s/ D. Sims Crawford
D. Sims Crawford
Chapter 13 Standing Trustee
Post Office Box 10848
Birmingham, Alabama 35202
(205) 323-4631

KM

CERTIFICATE OF SERVICE

      I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 23rd day of June 2016:

C TAYLOR CROCKETT, ATTY
taylor@taylorcrockett.com

TIMOTHY R. LANTZ
225 REDWOOD STREET
BIRMINGHAM, AL 35210

                                        /s/ D. Sims Crawford
                                        TRUSTEE

KM