Case: 16-01901-TOM13

*Amended*     Km 8/10/16

**341 MEETING AND CONFIRMATION HEARING BENCH SHEET**

341 Hearing: 06/08/2016
Confirmation Hearing: 06/28/2016

Debtor(s): LANTZ, TIMOTHY R.     XXX-CC-3184     # of previous Chapter 13 cases - Southern Division:

Debtor Present at 341 meeting? (✓) Yes ( ) No

Previous discharges:

Attorney: C TAYLOR CROCKETT, ATTY

Attorney Present at 341 meeting? (✓) Yes ( ) No

Debtor Employer: CRESTLINE MANAGEMENT GROUP
D.O. Sent:

Joint Debtor Employer:
D.O. Sent:

Petition Filed: 05/10/2016
Proposed Plan Payments: 1,275.00 MONTHLY
Latest plan filed: ~~06/01/2016~~ #17
Amended plan payment: $1275 mo 6/17/16 #31

Notes from Confirmation Hearing: _____

Debtor present? ( ) Yes ( ) No
Attorney present? (✓) Yes ( ) No
Other: _____
(✓) Enter Confirmation Order
    341 MTG. CONCLUDED
    JUN 15 2016

---

CONFIRMATION: 1275 ( ) RECOMMENDED
              ( ) NOT RECOMMENDED

$ ~~1512~~ ( ) Weekly ( ) Bi-Weekly
$ 2179 ~~2350~~ ( ) Semi-Monthly (✓) Monthly
For 60 months pursuant to the plan.
Plan payments by ( ) Payroll Deduction (✓) Direct
(✓) Composition Plan: 10 % to allowed nonpriority unsecured claims.
( ) Unsecured Pot Plan: 100 % to allowed nonpriority unsecured claims.

Attorney fee distribution pursuant to:
Plan (✓)    Trustee recommendation ( )    Attorney agreed ( )

Total fee: $ 3250
Amount paid prepetition: $ 1500
First installment: $ 1750
Balance to be paid: $ ___ monthly for ___ months
Then: $ ___ monthly for ___ months
Then: $ ___ monthly for ___ months

---

341 meeting continued to 6/15 Reason: ___ 30 DNR

NOTES FOR CONFIRMATION ORDER:
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
( ) Claim Number _____ of _____ is to be paid direct and no disbursement through Trustee.
( ) _____ must file proof of claim for arrearage to receive disbursement from Trustee.
(✓) Trustee's Objection to Confirmation and Motion to Dismiss is OIR.
( ) Trustee's Objection to Claim of Exemptions is _____
(✓) Objection to Confirmation filed by MultiBank is OIR based on Amendments to plan in open ct
(✓) Debtor proposes to pay the Chapter 13 case filing fee through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).
(X) Mortgage debt to CADENCE BANK shall be paid direct beginning Jun 2016.
    claimant's arrearage claim should include payments through the month of May 2016.
(X) Mortgage debt to CADENCE BANK shall be paid direct beginning Jun 2016.
    claimant's arrearage claim should include payments through the month of May 2016.
(X) Mortgage debt to WELLS FARGO HOME MORTGAGE shall be paid direct beginning Jun 2016.
    claimant's arrearage claim should include payments through the month of May 2016.
(X) Mortgage debt to CADENCE BANK shall be paid direct beginning Jun 2016.
    claimant's arrearage claim should include payments through the month of May 2016.
(X) Mortgage debt to DITECH FINANCIAL LLC shall be paid direct beginning Jun 2016.
    claimant's arrearage claim should include payments through the month of May 2016.

*Jerrod Maddox*

( X )  Mortgage debt to CADENCE BANK shall be paid direct beginning Jun 2016.
       claimant's arrearage claim should include payments through the month of May 2016.
( X )  Mortgage debt to MIKE DELUCA shall be paid direct beginning Jun 2016.
       claimant's arrearage claim should include payments through the month of May 2016.

SPECIAL PROVISIONS:

~~6/1/2016~~

Special Provisions. Pursuant to Administrative Order 05-09, the adequate protection payments scheduled in section (2) shall be paid as post-petition/pre-confirmation adequate protection payments by the Chapter 13 Trustee. Attorney fees for debtor's attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01. Should a tax refund be received during the life of the case, schedules I and J will be amended to show additional disposable income and the plan will be modified accordingly.

Case: 16-01901-TOM13     341 MEETING AND CONFIRMATION HEARING BENCH SHEET     Hearing Date: 06/08/2016

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins | |
|---|---|---|---|---|---|---|---|---|---|---|
| | mort arrears CADENCE BANK | | | 3,391.00 | | S | | 65.00 | 12/2016 | x52 |
| | mort arrears CADENCE BANK | | | 3,120.61 | | S | | 65.00 | 12/2016 | x48 |
| | mort arrears CADENCE BANK | | | 3,404.00 | | S | | 65.00 | 12/2016 | x52 |
| | mort arrears CADENCE BANK | | | 25,218.00 | | S | | 500.00 | 12/2016 | x50 |
| | mort arrears DITECH FINANCIAL LLC | | | 10,026.00 | | S | | 190.00 | 12/2016 | x52 |
| 2 | INTERNAL REVENUE SERVICE | | | 12,044.00 | 944.77 U  10454.06 | P | | | | |
| 3 | MULTIBANK 2009 | | | 40,644.21 | 43,169.20 | | | 800.00 | cont | |
| 001 | unlisted VT INC. | | | 0.00 | 7,440.72 | | | | | |
| 4 | mort arrears WELLS FARGO HOME MORTGAGE | | | 11706.34  ~~8,027.00~~ | 11,706.34 S | | | 220  ~~150.00~~ | 12/2016 | x53 |
| | ••••TOTAL•••• | 0.00 | | 105,874.82 | 7,440.72 | | | ~~1,035.00~~ 1105 | | |

## CONTINUING CLAIMS

## UNLISTED CLAIMS

## DEBTS TO BE PAID DIRECT

| Claim | Creditor Name | Amount of Debt | Reason to be paid direct |
|---|---|---|---|
| | WORLD OMNI FINANCIAL CORP | 354.00 | 2015 Toyota Camry Lease |
| | CADENCE BANK | 143,878.00 | |
| | CADENCE BANK | 91,943.00 | |
| | WELLS FARGO HOME MORTGAGE | 67,603.00 | |
| | CADENCE BANK | 51,724.00 | |
| | DITECH FINANCIAL LLC | 94,907.00 | |
| | CADENCE BANK | 41,008.00 | |

Case: 16-01901-TOM13      341 MEETING AND CONFIRMATION HEARING      Hearing Date: 06/08/2016
                                      BENCH SHEET

Claim    Creditor Name                 Amount of Debt    Reason to be paid direct
         MIKE DELUCA                      24,000.00